UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
WENDY RAYMOND,

                *Plaintiff,*

– against –

GEOVANES DIAS DE ARAUJO and
ES EXPRESS TRANSPORT, INC.,

                *Defendants.*
--------------------------------------------------------X

NOTICE OF MOTION
FOR REMAND

CASE NO.: 7:23-cv-07578 (PMH/SDA)

HON. PHILIP M. HALPERN, D.J.

---

> Defendants are directed to file their opposition, if any, to Plaintiff's Motion for Remand (Doc. 8) by October 18, 2023 at 5:00 p.m.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        October 11, 2023

---

**PLEASE TAKE NOTICE,** that upon the Affirmation affirmed on September 25, 2023, and Memorandum of Law, Wendy Raymond will move this Court in Courtroom 520 at 300 Quarropas Street, White Plains, New York 10601 forenoon, or as soon thereafter as counsel may be heard, for an Order remanding the above captioned action to Supreme Court for the State of New York, Rockland County, pursuant to 28 U.S.C. §1447(c), as well as Rule 12(b)(1) and Rule 12(h)(3) of the Federal Rules of Civil Procedure, and for such other and further relief as this Court may deem to be just, proper, and equitable, including reasonably attorney's fees.

**PLEASE TAKE FURTHER NOTICE,** that in accordance with Rule 6.1(b) of the Joint Local Rules for the Southern District of New York, any opposing affidavits and answering memoranda shall be served within fourteen (14) days after service of the Plaintiff's moving papers, whereafter any reply affidavits and memoranda of law shall be served within seven (7) after service of the answering papers.

1

**Dated:** September 25, 2023
New York, New York

                                        **MORGAN & MORGAN NY, PLLC**

By: _____
Andrew L. Boughrum, Esq.
*Attorneys for Plaintiff*
350 Fifth Avenue, Suite, 6705
New York, New York 10118
T: (201) 209-3438
E: ABoughrum@forthepeople.com

**TO:**    **NASH CONNORS, P.C.**
Attn: Philip M. Gulisano, Esq.
*Attorneys for Defendants*
344 Delaware Avenue, Suite 400
Buffalo, New York 14202
T: (716) 842-4121
E: Gulisano@nashconnors.com